Form cxdsch23

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division
### 219 S Dearborn
### 7th Floor
### Chicago, IL 60604

In Re:

Robert Sams II
653 Chappel Ave
Apt 2N
Calumet City, IL 60409
SSN: xxx−xx−6663 EIN: N.A.

Case No. : 20−04724

Chapter : 13
Judge : Timothy A. Barnes

## NOTICE OF CHAPTER 12 OR 13 CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

☑ Debtor did not file Official Form 423, Certification About a Financial Management Course.

☑ Debtor has not certified that all domestic support obligations due have been paid.

FOR THE COURT

Dated: February 9, 2026

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court