# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752–1 | User: admin | Date Created: 2/9/2026 |
| Case: 20–04724 | Form ID: cxdsch23 | Total: 34 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Thomas H. Hooper | thomas.h.hooper@chicagoch13.com |
| aty | Elliott Wall | ewall@semradlaw.com |
| aty | Mark E Bredow | bankruptcy@rsmalaw.com |
| aty | Patrick Semrad | psemrad@semradlaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Robert Sams, II          653 Chappel Ave          Apt 2N          Calumet City, IL 60409
28657745    AMERICAN PROFIT RECOVE          34505 W 12 MILE RD STE 3          FARMINGTON HILLS, MI 48331
31703785    BURNHAM WOODS WEST CONDOMINIUM ASSOC          BURNHAM WOODS WEST CONDO ASSOC.          661 CHAPPEL AVE APT 3A          CALUMET CITY IL 60409
31703784    BURNHAM WOODS WEST CONDOMINIUM ASSOC          CO/ TAMMIE SINGLETON          661 CHAPPEL AVE APT 3A          CALUMET CITY ,IL 60409–3735
28657759    Burnham Woods West Condo          669 Chappel Ave          Calumet City, IL 60409
31705836    Burnham Woods West Condominium Assoc          661 Chappel Ave Apt 3A          C/O Tammie Singleton          Calumet IL 60409–3575
28657754    CONSUMER PORTFOLIO SVC          PO BOX 57071          IRVINE, CA 92619
28657747    CREDITONEBNK          PO BOX 98872          LAS VEGAS, NV 89193
28657751    City of Chicago Department of Finance          121 N La Salle St., Suite 400          Chicago, IL 60602
28660365    City of Chicago Department of Finance          c/o Arnold Scott Harris          111 W. Jackson Ste 600          Chicago, IL 60604
28657755    ComEd          3 Lincoln Center          Bankruptcy Section          Oakbrook Terrace, IL 60181
28793967    Commonwealth Edison Company          Bankruptcy Department          1919 Swift Drive          Oak Brook, IL 60523
28657757    Cook County Clerk's Office          69 W. Washington, Suite 500          Chicago, IL 60602
28657758    Cook County Treasurer's office          118 N. Clark St. Room 112          Property Tax          Chicago, IL 60602
28657760    DirecTV          2230 E Imperial Hwy          ATTN Bankruptcy          El Segundo, CA 90245
28657761    Dish Network          7525 W Campus Rd          New Albany, OH 43054
28657742    EASYPAY/DVRA          2701 LOKER AV WEST          CARLSBAD, CA 92008
28657746    GM FINANCIAL          801 CHERRY ST STE 3900          FORT WORTH, TX 76102
28657740    HARRIS & HARRIS LTD          222 Merchandise Mart Plaza, Suite 1900          Chicago, IL 60654
28657753    IL Secretary of State          2701 S. Dirksen Parkway          Springfield, IL 62723
28657752    IL Tollway          2700 Ogden Ave          Downers Grove, IL 60515
28657756    ILDCFS          106 S Sixth          Springfield, IL 62701
28657743    LVNV FUNDING LLC          PO Box 10587          Greenville, SC 29603
28675032    LVNV Funding, LLC          Resurgent Capital Services          PO Box 10587          Greenville, SC 29603–0587
28657741    MOHELA/DEPT OF ED          633 SPIRIT DR          CHESTERFIELD, MO 63005
28657750    Marks, Andrew          161 N Clark St          Suite 3040          Chicago, IL 60601
28657744    PORTFOLIO RECOV ASSOC          POB 41067          Norfolk, VA 23541
28657749    Phoenix Bond & Indemnity Co          161 N Clark St Ste 3040          Chicago, IL 60601
28753783    Portfolio Recovery Associates, LLC          c/o Capital One Bank (usa), N.a.          POB 41067          Norfolk VA 23541
28657748    US DEP ED          PO Box 8937          Madison, WI 53708

TOTAL: 30